# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201800070**

_____

## UNITED STATES OF AMERICA
Appellee

v.

## CAMERON D. GOINS
Seaman Recruit (E-1), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Aaron Rugh, JAGC, USN.
Convening Authority: Commanding Officer, Navy Region Southwest
Transient Personnel Unit, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Junior Grade
Stephen A. Ramirez, JAGC, USN.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 5 June 2018

_____

Before HUTCHISON, SAYEGH, and GEIS, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court